**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Danuta O Coates,<br><br>            Debtor,<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3,<br>            Movant,<br>  v.<br>Danuta O Coates,<br><br>            Debtor/Respondent,<br><br>Kenneth E. West,<br><br>            Trustee/Respondent. | Bankruptcy No. 25-14506-djb<br><br>Chapter 13<br><br>Related to Doc. No. 11 |

**PRAECIPE TO WITHDRAW**

**PLEASE TAKE NOTICE THAT**, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3, the undersigned hereby withdraws the following document:

> **Docket Entry #11 Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 Objection to Confirmation of Debtor's Chapter 13 Plan, filed on November 18, 2025.**

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
By: /s/Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esquire
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Danuta O Coates,<br>　　　　　　Debtor,<br><br>Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3,<br>　　　　　　Movant,<br>　　v.<br>Danuta O Coates,<br>　　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　　Trustee/Respondent. | Bankruptcy No. 25-14506-djb<br><br>Chapter 13<br><br>Related to Doc. No. 11 |

**CERTIFICATE OF SERVICE**

　　　　**I HEREBY CERTIFY** that on <u>June 5, 2026</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building

900 Market Street
Suite 320
Philadelphia, PA 19107

Danuta O Coates
418 W. Grays Avenue
Glenolden, PA 19036

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
By: /s/Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esquire
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: mimcgowan@raslg.com