United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14506-djb
Danuta O Coates Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 27, 2026 Form ID: 155 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danuta O Coates, 418 W. Grays Avenue, Glenolden, PA 19036-2006 |
| 15069319 | + | Brandon Coates, 418 W. Grays Avenue, Glenolden, PA 19036-2006 |
| 15069318 | + | Chex Systems Inc., PO Box 583399, Minneapolis, MN 55458-3399 |
| 15069321 | | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15075265 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15069312 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15069327 | | Receivable Management Systems, Attn: Bankruptcy, PO Box 73810N, Chesterfield, VA 23832-8047 |
| 15069329 | + | Valerie Conelly, 858 Little Somerset Street, Gloucester City, NJ 08030-1810 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15085151 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069316 | | Email/Text: megan.harper@phila.gov | Aug 28 2026 01:54:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15069320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 02:03:24 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15069317 | + | Email/Text: bankruptcy@philapark.org | Aug 28 2026 01:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15072322 | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 01:53:00 | Deutsche Bank National Trust Company, c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15072010 | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 01:53:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15092690 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2026 01:54:00 | Deutsche Bank National Trust Company,, as Trustee - Select Portfolio, Servicing, Inc. P.O. Box 65250 Salt, Lake City, UT 84165-0250 |
| 15085686 | ^ | MEBN | Aug 28 2026 01:51:07 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15069309 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 01:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15090026 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2026 01:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| | | | | |
|---|---|---|---|---|
| 15092280 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:40 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069323 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 02:03:24 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15088523 | ^ | MEBN | Aug 28 2026 01:51:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15069322 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 01:53:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1839 |
| 15069324 | | Email/Text: EBN@Mohela.com | Aug 28 2026 01:53:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15069325 | | Email/Text: EBN@Mohela.com | Aug 28 2026 01:53:00 | Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15090200 | | Email/Text: EBN@Mohela.com | Aug 28 2026 01:53:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15069326 | ^ | MEBN | Aug 28 2026 01:50:55 | Ncb Management Services Inc, 1 Allied Dr, Feasterville Trevose, PA 19053-6945 |
| 15069310 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2026 01:54:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15069313 | ^ | MEBN | Aug 28 2026 01:51:17 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15069315 | + | Email/Text: bankruptcy@philapark.org | Aug 28 2026 01:54:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15090946 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2026 01:54:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15069328 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 28 2026 01:54:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15069314 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 28 2026 01:54:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15069311 | ^ | MEBN | Aug 28 2026 01:51:05 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15075514 | *+ | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15075515 | *+ | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Danuta O Coates brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Deutsche Bank National Trust Company rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Danuta O Coates<br><br>Debtor(s). | ) <br>) <br>) <br>) <br>) <br>) <br>) | Case No. 25−14506−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 27, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court